WHITE, Respondent, v. NEW YORK CENT. & H. R. R. Co., Appellant. (Supreme Court, Appellate Division, Fourth Department. July 7, 1908.) Action by Harry G. White against the New York Central & Hudson River Railroad Company.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event, upon questions of law and fact, unless the plaintiff, within 20 days, stipulates to reduce the verdict to the sum of $7,500 as of the date of the rendition thereof, in which event the judgment is modified accordingly, and,

as so modified, is, together with the order, affirmed, without costs of this appeal to either party.

